JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON C NELSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISON MEDICAL SHERIDAN,<br><br>　　　Defendant. | Case No. 5:25-cv-02608-SB-ADS<br><br>FINAL JUDGMENT |

　　　For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiff Brandon Nelson's claims are dismissed with prejudice for failure to state a claim.

　　　This is a final judgment.

Date: December 23, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge